## UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br>WILLIAM P. PINK,<br><br>    Defendant. | Case No. CR08-5031RBL<br><br>ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION BY UNITED STATES PRETRIAL SERVICES |

THIS MATTER comes on for hearing on the Petition of the United States Pretrial Services Office Office alleging defendant violated the conditions of supervision as set forth in said Petition.

The plaintiff appears through Special/Assistant United States Attorney, JILL OTAKE;
The defendant appears personally and represented by counsel, MIRIAM SCHWARTZ ;

The defendant has been advised of (a) the alleged violations; (b) the right to a hearing; and (©) that defendant's Appearance Bond could be revoked and defendant detained pending resolution of the underlying charges in the Complaint/Indictment/Information if found to be in violation of supervision.

The defendant having
(X)  acknowledged the right to a hearing on the merits, voluntarily waived that hearing, and acknowledged violating the following bond conditions by using methamphetamine and marijuana; and the third violation (failing to provide valid urinalysis samples) having been dismissed,

NOW THEREFORE, the court having determined that the defendant violated the conditions of his Appearance Bond as above set forth, the defendant's Appearance Bond is hereby modified to provide that he remain at the Federal Detention Center until Thursday, May 22, 2008 at which time he is to be released to his family for transport to Pioneer Center North where he is to enter and complete their in-patient substance abuse program; thereafter he is to remain in full compliance with all conditions of the original bond and any and all after care recommended by Pioneer Center North.

The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

May 20, 2008.

_/s/ J. Kelley Arnold_
J. Kelley Arnold, U.S. Magistrate Judge

ORDER
Page - 1